# Exhibit B

## Claim Chart for U.S. Patent No. 12,314,063 ("the '063 Patent")

The Accused Instrumentalities include, but are not necessarily limited to, the Vevor Smart Water Monitor and Automatic Shutoff Detector (the "Water Leak Detector"). The Accused Instrumentalities at least directly infringe the identified claims of the '063 Patent, as described below, under 35 U.S.C. § 271(a) literally and, to the extent not literally, under the doctrine of equivalents.

| Claim 1 | Accused Instrumentalities |
|---|---|
| **1[pre].** A fluid control device, comprising: | ***To the extent that the preamble is deemed to be a limitation, the Accused Instrumentalities include a fluid control device in accordance with this claim.*** <br><br>  |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         | **About this item**<br><br>• High-Precision Leak Detection: With sensitive ultrasonic signals and 2.0-4000 L/H wide measuring range, VEVOR's smart flow water monitor accurately detects leaks throughout your home when in protective mode. No more hidden wall pipe leaks or faucet drips; save water and protect belongings.<br><br>• Automatic Water Cutoff: Built-in software can detect abnormal water usage and automatically notify you through on-site alarms and app notifications. If unattended for 3 minutes, the smart home water monitor auto-cuts water supply. You can resolve the alert by closing the valve on-site or remotely via app.<br><br>• Smart Mobile App Control: Featuring a 2.8-inch LCD screen, our water leak sensor offers easy parameter viewing. It can be networked via Bluetooth or SoftAP for device binding with the smartphone app. Compatible with Android and iOS, simply connect to Wi-Fi, bind the device to the app, and enjoy remote control via your smartphone. |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  |

| Claim 1 | Accused Instrumentalities |
|---|---|
| **1[a].** a fluid pipe section including a fluid inlet and a fluid outlet configured to be connectable in series to a fluid pipe; | ***The Accused Instrumentalities include a fluid pipe section including a fluid inlet and a fluid outlet configure to be connectable in series to a fluid pipe.***<br><br> |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |  |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  |

| Claim 1 | Accused Instrumentalities |
|---|---|
| **1[b].** a fluid valve assembled with the fluid pipe section separating a fluid inlet side from a fluid outlet side, wherein the fluid inlet side corresponds to the fluid inlet of the fluid pipe section and the fluid outlet side corresponds to the fluid outlet of the fluid pipe section, the fluid valve controlling a fluid flow through the fluid pipe section; | ***The Accused Instrumentalities include a fluid valve assembled with the fluid pipe section separating a fluid inlet side from a fluid outlet side, wherein the fluid inlet side corresponds to the fluid inlet of the fluid pipe section and the fluid outlet side corresponds to the fluid outlet of the fluid pipe section, the fluid valve controlling a fluid flow through the fluid pipe section.***<br><br> |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  |

| <u>Claim 1</u> | <u>Accused Instrumentalities</u> |
|---|---|
| |  |

| Claim 1 | Accused Instrumentalities |
|---|---|
| **1[c].** an electric motor mechanically connected to the fluid valve; | ***The Accused Instrumentalities include an electric motor mechanically connected to the fluid valve.***<br><br> |

| <u>Claim 1</u> | <u>Accused Instrumentalities</u> |
|---|---|
| **1[d].** a temperature sensor connected to the fluid pipe section monitoring a temperature of the fluid flow within the fluid pipe section; | ***The Accused Instrumentalities include a temperature sensor connected to the fluid pipe section monitoring a temperature of the fluid flow within the fluid pipe section.***<br><br> |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  |

| Claim 1 | Accused Instrumentalities |
|---|---|
| **1[e].** a pressure sensor connected to the fluid pipe section monitoring a pressure of the fluid flow within the fluid pipe section; | ***The Accused Instrumentalities include a pressure sensor connected to the fluid pipe section monitoring a pressure of the fluid flow within the fluid pipe section.***  |

| Claim 1 | Accused Instrumentalities |
|---|---|
| |  |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
|         |       |

| Claim 1 | Accused Instrumentalities |
|---|---|
| **1[f].** a flow rate sensor connected to the fluid pipe section monitoring a flow rate of the fluid flow within the fluid pipe section; and | ***The Accused Instrumentalities include a flow rate sensor connected to the fluid pipe section monitoring a flow rate of the fluid flow within the fluid pipe section.***<br><br> |

| Claim 1 | Accused Instrumentalities |
|---|---|
|  |  |

| Claim 1 | Accused Instrumentalities |
|---|---|
| **1[g].** a control device processor electrically connected to the electric motor and electrically connected to the temperature sensor, the pressure sensor and the flow rate sensor; | ***The Accused Instrumentalities include a control device processor electrically connected to the electric motor and electrically connected to the temperature sensor, the pressure sensor and the flow rate sensor.***<br><br> |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  |

| Claim 1 | Accused Instrumentalities |
|---|---|
| **1[h].** wherein the control device processor is configured to operate the electric motor to move the fluid valve to a shutoff condition when the flow rate sensor indicates to the control device processor a flow condition exceeding a preset threshold. | ***The Accused Instrumentalities include a control device wherein the control device processor is configured to operate the electric motor to move the fluid valve to a shutoff condition when the flow rate sensor indicates to the control device processor a flow condition exceeding a preset threshold.***<br><br> |

| <u>Claim 1</u> | <u>Accused Instrumentalities</u> |
|---|---|
| | **About this item**<br><br>• High-Precision Leak Detection: With sensitive ultrasonic signals and 2.0-4000 L/H wide measuring range, VEVOR's smart flow water monitor accurately detects leaks throughout your home when in protective mode. No more hidden wall pipe leaks or faucet drips; save water and protect belongings.<br><br>• <u>Automatic Water Cutoff:</u> Built-in software can detect abnormal water usage and automatically notify you through on-site alarms and app notifications. If unattended for 3 minutes, the smart home water monitor auto-cuts water supply. You can resolve the alert by closing the valve on-site or remotely via app.<br><br>• Smart Mobile App Control: Featuring a 2.8-inch LCD screen, our water leak sensor offers easy parameter viewing. It can be networked via Bluetooth or SoftAP for device binding with the smartphone app. Compatible with Android and iOS, simply connect to Wi-Fi, bind the device to the app, and enjoy remote control via your smartphone. |

| Claim 1 | Accused Instrumentalities |
|---------|---------------------------|
| |  |