1  Erik J. Halverson (SBN 333492)
   erik.halverson@klgates.com
2  **K&L GATES LLP**
   4 Embarcadero Center, Suite 1200
3  San Francisco, CA 94111
4  Telephone: (415) 882-8238
   Fax: (415) 882-8220
5  erik.halverson@klgates.com

6  (additional counsel listed on signature block)
7

8  *Attorneys for Plaintiff*
   *Fortune Brands Water Innovations LLC*
9

10             **UNITED STATES DISTRICT COURT**
11              **CENTRAL DISTRICT OF CALIFORNIA**
12

13 FORTUNE BRANDS WATER
   INNOVATIONS LLC,
14                                    Case No.  5:25-cv-01580
           Plaintiff,
15                                    **CERTIFICATION AND NOTICE OF**
       v.                             **INTERESTED PARTIES (FED. R.**
16                                    **CIV. P. 7.1 AND LOCAL RULE 7.1-1)**
17 VEVOR CORPORATION; VEVOR
   STORE LLC; VEVOR TECHNOLOGY
18 LLC; VEVOR EQUIPMENT
   INCORPORATED; SANVEN
19 CORPORATION; SANVEN
   TECHNOLOGY LIMITED,
20
           Defendants.
21

22
23
24
25
26
27
28

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1)

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Fortune Brands Water Innovations LLC, by and through its attorneys, K&L Gates LLP, hereby states that Fortune Brands Water Innovations LLC is a wholly-owned subsidiary of Moen Incorporated, which is a wholly-owned subsidiary of Global Plumbing Group Holdings LLC, which is a wholly-owned subsidiary of Fortune Brands Innovations, Inc. Fortune Brands Innovations, Inc. is a publicly-traded company. No other publicly held corporation owns 10% or more stock in Fortune Brands Water Innovations LLC.

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Fortune Brands certifies that the following listed parties may have a pecuniary interest in the outcome of this case.

| Potentially Interested Party | Role In Case |
| --- | --- |
| Fortune Brands Water Innovations LLC | Plaintiff |
| Moen Incorporated | Parent of Plaintiff Fortune Brands Water Innovations LLC |
| Global Plumbing Group Holdings LLC | Parent of Moen Incorporated |
| Fortune Brands Innovations, Inc. | Parent of Global Plumbing Group Holdings LLC |
| Vevor Corporation | Defendant |
| Vevor Store, LLC | Defendant |
| Vevor Technology, LLC | Defendant |
| Vevor Equipment Inc. | Defendant |
| Sanven Corporation | Defendant |
| Sanven Technology Limited | Defendant |

Dated:  June 24, 2025

Respectfully submitted,

By: */s/ Erik J. Halverson*
Erik J. Halverson (SBN 333492)
erik.halverson@klgates.com
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8238
Fax: (415) 882-8220
erik.halverson@klgates.com

Devon C. Beane (*pro hac vice* forthcoming)
Jared R. Lund (*pro hac vice* forthcoming)
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
devon.beane@klgates.com
jared.lund@klgates.com

Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Fax: (310) 552-5001

*Attorneys for Plaintiff*
*Fortune Brands Water Innovations LLC*

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1)