Name and address:

Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTUNE BRANDS WATER INNOVATIONS LLC<br><br>v.<br><br>VEVOR CORPORATION; ET AL.<br>Plaintiff(s)<br>Defendant(s). | CASE NUMBER<br>5:25-cv-01580<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Beane, Devon C.        of    K&L Gates LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    70 W. Madison Street, Suite 3300
(312) 807-4436        (312) 827-8000    Chicago, IL 60602
*Telephone Number*    *Fax Number*
devon.beane@klgates.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Fortune Brands Water Innovations LLC

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

and designating as Local Counsel

Connor J. Meggs        of    K&L GATES LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    10100 Santa Monica Boulevard, 8th Floor
336159    (310) 552-5000    (310) 552-5001    Los Angeles, CA 90067
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
connor.meggs@klgates.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge