Name and address:
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FORTUNE BRANDS WATER INNOVATIONS LLC | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:25-cv-01580 |
| v. | |
| VEVOR CORPORATION; ET AL. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lund, Jared R.                              of   K&L Gates LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   70 W. Madison Street, Suite 3300
(312) 807-4287     (312) 827-8000           Chicago, IL 60602
*Telephone Number*  *Fax Number*
jared.lund@klgates.com
*E-Mail Address*                            *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Fortune Brands Water Innovations LLC

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

and designating as Local Counsel

Connor J. Meggs                             of   K&L GATES LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   10100 Santa Monica Boulevard, 8th Floor
336159    (310) 552-5000    (310) 552-5001   Los Angeles, CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
connor.meggs@klgates.com
*E-Mail Address*                            *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded   ☐ not be refunded.

Dated _____                                    _____
                                                 **U.S. District Judge/U.S. Magistrate Judge**