Erik J. Halverson (SBN 333492)
erik.halverson@klgates.com
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8238
Fax: (415) 882-8220
erik.halverson@klgates.com

*Attorney for Plaintiff Fortune Brands Water Innovations LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTUNE BRANDS WATER INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VEVOR CORP., *et al.*,<br><br>    Defendants. | Case No.: 5:25−cv−01580−DMG−MAA<br><br>**CONSENT JUDGMENT, PERMANENT INJUNCTION, AND DISMISSAL WITH PREJUDICE** |

**CONSENT JUDGMENT, PERMANENT INJUNCTION
AND DISMISSAL WITH PREJUDICE**

The Parties hereto having agreed to a settlement of the claims between them, and having stipulated to the entry of this consent judgment, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Defendants Vevor Corp., Vevor Store, LLC, Vevor Technology LLC, Sanven Corp., and Sanven Tech. Ltd. (collectively "Vevor") did not timely contest the personal jurisdiction of this Court in this civil action ("Action"). Accordingly, any such objections were waived in this Action and this Court has jurisdiction over Defendants for the purpose of this Consent Judgment and Permanent Injunction ("Judgment") and over the subject matter of the issues in this Action and any action arising out of this Judgment. This Court retains jurisdiction for the purpose of executing and enforcing this Judgement.

2. Fortune Brands Water Innovations LLC ("Fortune Brands") is the sole owner of all rights, title, and interest in the United States Patent No. 12,315,063 (the "'063 Patent") asserted against Defendants in this Action.

3. Defendants acknowledge and concede for all purposes that all claims of the '063 Patent are valid and enforceable.

4. Defendants represent and warrant that as of the date of the Consent Judgment, they have discontinued all sales of Vevor's Smart Water Monitor and Automatic Shutoff Detector ("the Accused Products") and all colorable variations of

the Accused Products to and in the United States. Defendants represent and warrant that as of the date of the Consent Judgment, they have discontinued all manufacture, use, offer to sell, and importation into the United States of the Accused Products.

5. Until the expiration of the Asserted Patent, Defendants, including any of their successors and assigns, are enjoined from making, having made, using, selling, offering to sell, importing, and/or distributing the Accused Products and any merely colorable variation of the Accused Products in the United States, unless and to the extent otherwise explicitly authorized by Fortune Brands.

6. Until the expiration of the Asserted Patent, Defendants, including any of their successors and assigns, are enjoined from inducing other to make, have made, use, sell, offer to sell, import, and/or distribute the Accused Products and any merely colorable variation of the Accused Products in the United States, unless and to the extent otherwise explicitly authorized by Fortune Brands.

7. Compliance with this Judgement may be enforced by Fortune Brands and its respective successors-in-interest or assigns in this Court.

8. This action, including all claims, defenses, and/or counterclaims brought by Plaintiff or Defendants (Plaintiff and Defendants collectively the "Parties"), are hereby dismissed with prejudice pursuant to a Settlement Agreement (the "Agreement") executed by the Parties on December 16, 2025.

9. The Parties consent to personal jurisdiction by and proper venue in the United States District Court for the Central District of California, Western Division, for

any claims arising under or for the breach of the Agreement.

10. Each Party shall bear its own attorneys' fees, expenses, and costs and waives all rights to appeal this dismissal.

So Ordered this _____ day of _____, 2026

_____
Honorable Chief Judge Dolly M. Gee

We hereby consent to the form and entry of this Order:

By: */s/ Erik J. Halverson*  
Erik J. Halverson (SBN 333492)  
erik.halverson@klgates.com  
**K&L GATES LLP**  
4 Embarcadero Center, Suite 1200  
San Francisco, CA 94111  
Telephone: (415) 882-8238  
Fax: (415) 882-8220  
erik.halverson@klgates.com  

Jared R. Lund (*pro hac vice*)  
**K&L GATES LLP**  
70 W. Madison St., Suite 3300  
Chicago, IL 60602  
Telephone: (312) 372-1121  
Fax: (312) 827-8000  
jared.lund@klgates.com  

Connor J. Meggs (SBN 336159)  
connor.meggs@klgates.com  
**K&L GATES LLP**  
10100 Santa Monica Boulevard  
Eighth Floor  
Los Angeles, CA 90067  
Telephone: (310) 552-5000  
Fax: (310) 552-5001  

*Attorneys for Plaintiff*  
*Fortune Brands Water Innovations LLC*

By: */s/ Kenneth T. Emanuelson*  
R. JOSEPH TROJAN (#137067)  
trojan@trojanlawoffices.com  
**TROJAN LAW OFFICES**  
9250 Wilshire Blvd., Suite 325  
Beverly Hills, CA 90212  
Telephone: (310) 777-8399  
Facsimile: (310) 777-8348  

Kenneth T. Emanuelson  
**THE EMANUELSON FIRM, P.C.**  
17304 Preston Road, Suite 800  
Dallas, Texas 75252  
Phone: 469-363-5808  
Ken@Emanuelson.us  

*Attorney For Defendants /*  
*Counterclaimants Vevor et al.*

**LR 5-4.3.4 ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4.(a)(2)(i), I attest that I have authority and consent of all signatories indicated on this document, and those parties do concur in the filing's content and have authorized the filing.

By: */s/ Erik J. Halverson*
Erik J. Halverson